IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

151698

In re: CHK 1606

CHAPTER 7 CASE NO. 10-10160

PAULA CIMPERMAN

JUDGE PAT E. MORGENSTERN-CLAREN

Debtor(s)

FILED 2011 JAN 13 PM 1:49 U.S. NORTHERN DISTRICT COURT CLEVELAND OF OHIO

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

CBSC, Inc.

PO Box 2818

North Canton, OH 44720

Replaces Ck. #1003 dated 10/6/10

Amount: $48.80

2. Your Trustee's Check No. 1006 for $48.80 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)